**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **RYECO, LLC a/t/a G & G PRODUCE; and T.M. KOVACEVICH-PHILADELPHIA, INC.,** *Plaintiffs,*<br><br>v.<br><br>**A&P PRODUCE, LLC a/t/a PEDRO; PEDRO M. INIGUEZ WALLE an individual; and ELICESLA DIAZ a/k/a ELICELSA DRAIZ, a/k/a ELICELSA ORTIZ, an individual,** *Defendants.* | **Civil No. 25-353** |

**ORDER**

**AND NOW**, this 19th day of March, 2026, upon consideration of Plaintiffs' Motion for Entry of Default Judgment (ECF No. 11), it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum.

**IT IS FURTHER ORDERED** that on or before March 26, 2026, Plaintiffs shall submit an updated calculation of their respective damages, including prejudgment interest calculated through the day before the filing of their Motion, and an updated proposed Order reflecting the revised calculation of damages.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.